UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

JUSTIN RICHARD                                    CIV. ACTION NO. 3:23-00759

VERSUS                                            JUDGE TERRY A. DOUGHTY

WAL-MART LOUISIANA L L C ET AL          MAG. JUDGE KAYLA D. MCCLUSKY

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge
[Doc. No. 16] previously filed herein, having thoroughly reviewed the record, notice the
lack of objections filed, and concurring with the findings of the Magistrate Judge under the
applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand
[Doc. No. 12] is **GRANTED IN PART** and **DENIED IN PART** as follows:

Plaintiff's request for payment of costs and attorney's fees is **DENIED**.  Plaintiff's
motion otherwise is **GRANTED**.

THUS, DONE in Chambers on this 21st day of September 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE